| FORM B1 | United States Bankruptcy Court<br>Western District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Cheney, Daryl Richard** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Cheney, Lisa Marie** |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names):<br>**AKA Lisa Ruckdeschel** |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-3203** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**xxx-xx-2538** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**61 Limerick Lane**<br>**Rochester, NY 14606** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**61 Limerick Lane**<br>**Rochester, NY 14606** |
| County of Residence or of the<br>Principal Place of Business: **Monroe** | County of Residence or of the<br>Principal Place of Business: **Monroe** |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
- ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
- ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

**Type of Debtor** (Check all boxes that apply)
- ■ Individual(s)
- ☐ Corporation
- ☐ Partnership
- ☐ Other_____
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Sec. 304 - Case ancillary to foreign proceeding

**Nature of Debts** (Check one box)
- ■ Consumer/Non-Business
- ☐ Business

**Chapter 11 Small Business** (Check all boxes that apply)
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101
- ☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3.

**Statistical/Administrative Information** (Estimates only)
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Cheney, Daryl Richard**<br>**Cheney, Lisa Marie** | **FORM B1**, Page 2 |
|---|---|---|

| **Prior Bankruptcy Case Filed Within Last 6 Years** (If more than one, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed: **None** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X**    **/s/ Daryl Richard Cheney**
Signature of Debtor **Daryl Richard Cheney**

**X**    **/s/ Lisa Marie Cheney**
Signature of Joint Debtor **Lisa Marie Cheney**

Telephone Number (If not represented by attorney)

**September 28, 2005**
Date

**Signature of Attorney**

**X**    **/s/ Steven A. Alpert NY**
Signature of Attorney for Debtor(s)
**Steven A. Alpert NY SA3150**
Printed Name of Attorney for Debtor(s)
**Price Law Group, APC**
Firm Name
**225 West 34th Street, Suite 300**
**New York, NY 10122**
Address
**(212)279-0066 Fax: (212)279-0177**
Telephone Number
**September 28, 2005**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

**Exhibit A**
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

**X**   **/s/ Steven A. Alpert NY**     **September 28, 2005**
Signature of Attorney for Debtor(s)     Date
**Steven A. Alpert NY SA3150**

**Exhibit C**
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

**X** _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.

# United States Bankruptcy Court
## Western District of New York

In re    **Daryl Richard Cheney,**
     **Lisa Marie Cheney**

Case No. _____

         Debtors ,

Chapter       **7**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts from Schedules D, E, and F to determine the total amount of the debtor's liabilities.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | AMOUNTS SCHEDULED | | |
| --- | --- | --- | --- | --- | --- |
| | | | ASSETS | LIABILITIES | OTHER |
| A - Real Property | Yes | 1 | 142,000.00 | | |
| B - Personal Property | Yes | 4 | 49,572.00 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 160,654.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 51,803.19 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,147.07 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,206.31 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 191,572.00 | | |
| Total Liabilities | | | | 212,457.19 | |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re    **Daryl Richard Cheney,**            Case No. _____
           **Lisa Marie Cheney**
_____ ,
                              Debtors

# SCHEDULE A. REAL PROPERTY

      Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

      Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

      If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. (See Schedule D.) If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

      If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Primary residence is located at:**<br>**61 Limerick Lane**<br>**Rochester, NY 14606**<br><br>**House was purchased in 2001 for $138,000. Valuation is based on a recent market analysis and comparables from a realtor. Both debtor and co-debtor are on the deed. Debtor only is on the mortgage.** | **Fee simple** | **-** | **142,000.00** | **129,000.00** |

|  |  |  |
|---|---|---|
| Sub-Total > | **142,000.00** | (Total of this page) |
| Total > | **142,000.00** |  |

**0** continuation sheets attached to the Schedule of Real Property

                                    (Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re   **Daryl Richard Cheney,**
       **Lisa Marie Cheney**                                               Case No. _____

_____ ,
                                    Debtors

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking and savings accounts**<br>**ESL FCU** | **-** | **25.00** |
| | | | **Checking and savings accounts**<br>**Summit FCU** | **J** | **75.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | **Miscellaneous household goods, furnishings, appliances, and electronics, including:**<br>**2 refrigerators ($350)**<br>**3 televisions ($450)**<br>**2 couches ($175)**<br>**2 tables & 12 chairs ($300)**<br>**kitchen appliances ($100)**<br>**kitchen ware, utensils, pots & pans ($100)**<br>**3 beds ($300)**<br>**4 dressers ($400)**<br>**1 stove ($100)**<br>**1 toaster ($20)**<br>**2 desks ($30)**<br>**2 book shelves ($25)**<br>**2 coffee tables ($100)**<br>**washer and dryer ($125)**<br>**2 end tables ($30)**<br>**6 lamps ($50)** | **-** | **2,655.00** |

                                                     Sub-Total >       **2,755.00**
                                                  (Total of this page)

  **3**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                            Best Case Bankruptcy

In re **Daryl Richard Cheney,**
**Lisa Marie Cheney**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | dvd player ($100)<br>4 vcrs ($200)<br>1 7 year old computer ($50)<br>1 stereo ($100)<br>microwave ($30)<br>2 alarm clocks ($15)<br>lawn mower ($35)<br>various hand tools including screw drivers, hand saws, hammers, and wrenches ($20)<br>vacuum cleaner ($25) | J | 575.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books, cd's and music and movie tapes, including:<br>200 cd's ($200)<br>90 video tapes ($90)<br>12 DVDs ($60) | - | 350.00 |
| 6. Wearing apparel. | | Personal clothing & apparel ($500) | - | 500.00 |
| 7. Furs and jewelry. | | Wedding bands ($200) & 2 watches ($25 each) | - | 250.00 |
| | | costume jewelry ($20) | J | 20.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Debtors each have a blended life insurance policy through his previous employer with minimal cash values.  Said policies are held with Met Life. | J | 30.00 |
| | | Co-Debtor has a whole life insurance policy through All State with a cash surrender value of $1,500. | W | 1,500.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | | Debtor has an ERISA-qualified pension plan (not property of the estate) through his previous employer. | H | 15,242.00 |
| | | ERISA-qualified 401(k) plan (not property of the estate) through debtor's current employer. | J | 300.00 |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total >  (Total of this page) | 18,767.00 |

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Daryl Richard Cheney,** Case No. _____

**Lisa Marie Cheney**

_____,

# SCHEDULE B. PERSONAL PROPERTY
## (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 13. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 15. Accounts receivable. | X | | | |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 19. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |

Sub-Total >      **0.00**
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Daryl Richard Cheney,**
**Lisa Marie Cheney**

Case No. _____

_____,
Debtors

# SCHEDULE B. PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Market Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2002 Subaru Forester with approximately 24,500 miles.** **Encumbered.** **To be retained.** **Good condition.** **Kelly Blue Book Private Party Value.** **Vehicle is titled in debtor's name only.** | **-** | **15,395.00** |
| | | **2003 Kia Sedona with approximately 25,650 miles.** **Fully encumbered.** **To be retained.** **Good condition.** **Kelly Blue Book Private Party Value.** **Vehicle is titled in debtor's name only.** | **-** | **12,655.00** |
| 24. Boats, motors, and accessories. | **X** | | | |
| 25. Aircraft and accessories. | **X** | | | |
| 26. Office equipment, furnishings, and supplies. | **X** | | | |
| 27. Machinery, fixtures, equipment, and supplies used in business. | **X** | | | |
| 28. Inventory. | **X** | | | |
| 29. Animals. | | **1 cat & 1 fish (no resale value)** | **J** | **0.00** |
| 30. Crops - growing or harvested. Give particulars. | **X** | | | |
| 31. Farming equipment and implements. | **X** | | | |
| 32. Farm supplies, chemicals, and feed. | **X** | | | |
| 33. Other personal property of any kind not already listed. | **X** | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **28,050.00** |
| Total > | **49,572.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re **Daryl Richard Cheney,** Case No. _____

**Lisa Marie Cheney**

,

Debtors

# SCHEDULE C. PROPERTY CLAIMED AS EXEMPT

Debtor elects the exemptions to which debtor is entitled under:

*[Check one box]*

☐ 11 U.S.C. §522(b)(1):  Exemptions provided in 11 U.S.C. §522(d). Note: These exemptions are available only in certain states.

■ 11 U.S.C. §522(b)(2):  Exemptions available under applicable nonbankruptcy federal laws, state or local law where the debtor's domicile has been located for the 180 days immediately preceding the filing of the petition, or for a longer portion of the 180-day period than in any other place, and the debtor's interest as a tenant by the entirety or joint tenant to the extent the interest is exempt from process under applicable nonbankruptcy law.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Primary residence is located at:** **61 Limerick Lane** **Rochester, NY 14606** **House was purchased in 2001 for $138,000. Valuation is based on a recent market analysis and comparables from a realtor. Both debtor and co-debtor are on the deed. Debtor only is on the mortgage.** | **NYCPLR § 5206(a)** | **20,000.00** | **142,000.00** |
| **Household Goods and Furnishings** **Miscellaneous household goods, furnishings, appliances, and electronics, including:** **2 refrigerators ($350)** **3 televisions ($450)** **2 couches ($175)** **2 tables & 12 chairs ($300)** **kitchen appliances ($100)** **kitchen ware, utensils, pots & pans ($100)** **3 beds ($300)** **4 dressers ($400)** **1 stove ($100)** **1 toaster ($20)** **2 desks ($30)** **2 book shelves ($25)** **2 coffee tables ($100)** **washer and dryer ($125)** **2 end tables ($30)** **6 lamps ($50)** | **NYCPLR § 5205(a)(5)** | **2,655.00** | **2,655.00** |
| **Wearing Apparel** **Personal clothing & apparel ($500)** | **NYCPLR § 5205(a)(5)** | **500.00** | **500.00** |
| **Furs and Jewelry** **Wedding bands ($200) & 2 watches ($25 each)** | **NYCPLR § 5205(a)(6)** | **250.00** | **250.00** |
| **Interests in Insurance Policies** **Debtors each have a blended life insurance policy through his previous employer with minimal cash values. Said policies are held with Met Life.** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **30.00** | **30.00** |
| **Co-Debtor has a whole life insurance policy through All State with a cash surrender value of $1,500.** | **NY Ins. Law § 3212, Est. Pow. & Tr. § 7-1.5, NYCPLR § 5205(i)** | **1,500.00** | **1,500.00** |

___**1**___ continuation sheets attached to Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Daryl Richard Cheney,**  Case No. _____
       **Lisa Marie Cheney**

                                                    ,
                                    Debtors
### SCHEDULE C. PROPERTY CLAIMED AS EXEMPT
                  (Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Market Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Interests in IRA, ERISA, Keogh, or Other Pension or Profit Sharing Plans** | | | |
| **Debtor has an ERISA-qualified pension plan (not property of the estate) through his previous employer.** | **Debtor & Creditor Law § 282(2)(e)** | **15,242.00** | **15,242.00** |
| **ERISA-qualified 401(k) plan (not property of the estate) through debtor's current employer.** | **Debtor & Creditor Law § 282(2)(e)** | **300.00** | **300.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **2002 Subaru Forester with approximately 24,500 miles.** **Encumbered.** **To be retained.** **Good condition.** **Kelly Blue Book Private Party Value.** **Vehicle is titled in debtor's name only.** | **Debtor & Creditor Law § 282(1)** | **909.00** | **15,395.00** |

Sheet ___**1**___ of ___**1**___ continuation sheets attached to the Schedule of Property Claimed as Exempt

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

Form B6D
(12/03)

In re **Daryl Richard Cheney,**           Case No. _____
**Lisa Marie Cheney**

_____,

Debtors

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND MARKET VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxx6702**<br><br>**Chase Manhattan Mortgage Corp.**<br>**200 Old Wilson Bridge Rd.**<br>**Worthington, OH 43085** | | J | **2000**<br>**Mortgage**<br>**Primary residence is located at:**<br>**61 Limerick Lane**<br>**Rochester, NY 14606**<br>**House was purchased in 2001 for $138,000. Valuation is based on a recent market analysis and comparables** | | | | | |
| | | | Value $       **142,000.00** | | | | **129,000.00** | **0.00** |
| Account No. **xxxx5125**<br><br>**ESL Federal Credit Union**<br>**100 Kings Highway**<br>**Rochester, NY 14617** | | J | **2002**<br>**Auto loan**<br>**2002 Subaru Forester with approximately 24,500 miles.**<br>**Encumbered.**<br>**To be retained.**<br>**Good condition.**<br>**Kelly Blue Book Private Party Value.** | | | | | |
| | | | Value $       **15,395.00** | | | | **14,486.00** | **0.00** |
| Account No. **xxxx5135**<br><br>**ESL Federal Credit Union**<br>**100 Kings Highway**<br>**Rochester, NY 14617** | | J | **2003**<br>**Auto loan**<br>**2003 Kia Sedona with approximately 25,650 miles.**<br>**Fully encumbered.**<br>**To be retained.**<br>**Good condition.**<br>**Kelly Blue Book Private Party Value.** | | | | | |
| | | | Value $       **12,655.00** | | | | **17,168.00** | **4,513.00** |
| Account No.<br><br><br><br><br> | | | | | | | | |
| | | | Value $ | | | | | |

**0**___ continuation sheets attached

|  | Subtotal (Total of this page) | **160,654.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **160,654.00** |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re    **Daryl Richard Cheney,**                                 Case No. _____
         **Lisa Marie Cheney**

_____ ,
                                     Debtors

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(2).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, which ever occurred first, to the extent provided in 11 U.S.C. § 507 (a)(3), as amended by § 1401 of Pub L. 109-8.

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(6).

☐ **Alimony, Maintenance, or Support**

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

*Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**0**   continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Daryl Richard Cheney,**                  Case No. _____
         **Lisa Marie Cheney**

_____,
                                        Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor", include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community maybe liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

    If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Accounts Receivable Management**<br>**P.O. Box 637**<br>**Bellmawr, NJ 08099-0637** | | J | **2001**<br>**Collection Account** | | | | 893.77 |
| Account No. **VP 2601**<br><br>**Alliance One**<br>**1160 Centre Pointe Dr**<br>**Suite 1**<br>**Saint Paul, MN 55120** | | J | **2003**<br>**Collection Account** | | | | 512.00 |
| Account No. **xxxxxxxxxxxx2003**<br><br>**Bronson & Migliaccion, LLP**<br>**Attorneys at Law**<br>**415 Lawrence Bell Drive**<br>**Buffalo, NY 14221** | | H | **2005**<br>**Collection Account** | | | | 1,978.00 |
| Account No. **xxxx xxxx xxxx 3245**<br><br>**Capital One**<br>**PO Box 85015**<br>**Richmond, VA 23225-5015** | | J | **2003**<br>**Credit Card** | | | | 1,760.00 |

  **6**   continuation sheets attached

Subtotal<br>(Total of this page)      5,143.77

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037      S/N:24830-050728   Best Case Bankruptcy

In re    **Daryl Richard Cheney,**                            Case No. _____

          **Lisa Marie Cheney**

_____,

                                          Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Representing:**<br>**Capital One** | | | **Relin Goldstein & Crane**<br>**1800 First Federal Plaza**<br>**Rochester, NY 14614** | | | | |
| Account No.<br><br>**Representing:**<br>**Capital One** | | | **Rochester City Court**<br>**Case No 2005 CV-15905**<br>**6 Hall of Justice**<br>**99 Exchange Boulevard**<br>**Rochester, NY 14614-2199** | | | | |
| Account No. **xxxx xxxx xxxx 4360**<br><br>**Chase Manhattan**<br>**Auto,Bky & Probate Depart**<br>**900 Stewart Avenue**<br>**Garden City, NY 11530** | | J | **2003**<br>**Credit Card** | | | | **6,011.00** |
| Account No. **xxxx xxxx xxxx 9331**<br><br>**Citi Financial**<br>**1200 Ulster Ave., Suite 3**<br>**P.O. Box 6237**<br>**Kingston, NY 12402-6237** | | J | **2003**<br>**Credit Card** | | | | **3,002.00** |
| Account No. **BUFF7401**<br><br>**Devcon**<br>**2500 N. Tamiami Trail**<br>**Suite 212**<br>**Naples, FL 34103** | | J | **2003**<br>**Consumer Debt** | | | | **800.00** |

Sheet no. __**1**___ of __**6**___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                               Subtotal<br>           (Total of this page)    **9,813.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re **Daryl Richard Cheney,**          Case No. _____
       **Lisa Marie Cheney**

_____,
                                     Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 0633**<br><br>**Direct Rewards**<br>**P.O. Box 21550**<br>**Tulsa, OK 74121-1550** | | J | **2003**<br>**Credit Card** | | | | **4,690.00** |
| Account No. **xxxx xxxx xxxx 0863**<br><br>**Emerge Mastercard**<br>**P. O. Box 105655**<br>**Atlanta, GA 30348** | | J | **2003**<br>**Credit Card** | | | | **1,783.00** |
| Account No. **xxxx xxxx xxxx 0633**<br><br>**Encore Receivable Management Inc.**<br>**P.O. Box 3330**<br>**Olathe, KS 66063-3330** | | J | **2003**<br>**Credit Card** | | | | **4,930.00** |
| Account No. **xxxxxx-xxx-xxx-5792**<br><br>**Fashion Bug**<br>**745 Center Street**<br>**Milford, OH 45150** | | J | **2003**<br>**Consumer Debt** | | | | **600.00** |
| Account No. **xxxx xxxx xxxx 8840**<br><br>**First Consumers National Bank**<br>**9310 Southwest Gemini Drive**<br>**Beaverton, OR 97078-0001** | | J | **2003**<br>**Collection Account** | | | | **1,324.00** |

Sheet no. __**2**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                         Subtotal
                  (Total of this page)      **13,327.00**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

In re  **Daryl Richard Cheney,**
  **Lisa Marie Cheney**
_____,
Debtors

Case No. _____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxx xxxx xxxx 7239**<br><br>**Fleet Credit Card Services**<br>**Attn: Bankruptcy Department**<br>**P.O. Box 961**<br>**Horsham, PA 19044-9908** | | J | **2003**<br>**Credit Card** | | | | **3,465.00** |
| Account No. **xxxx xxxx xxxx 6301**<br><br>**Household Credit Services**<br>**P.O. Box 17051**<br>**Baltimore, MD 21297-1051** | | J | **2003**<br>**Credit Card** | | | | **894.00** |
| Account No. **xxxx xx5813**<br><br>**JC Penney**<br>**PO Box 981131**<br>**El Paso, TX 79998** | | J | **2003**<br>**Credit Card** | | | | **650.00** |
| Account No.<br><br>**Jefferson Capital Systems LLC**<br>**16 McLeland Road**<br>**Saint Cloud, MN 56303** | | J | **2000**<br>**Collection Account** | | | | **3,919.79** |
| Account No. **xxx xx 2538**<br><br>**Monroe Ambulance**<br>**318 Smith St.**<br>**Rochester, NY 14608** | | J | **2003**<br>**Medical Bill** | | | | **50.00** |

Sheet no. __**3**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **8,978.79**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re     **Daryl Richard Cheney,**                                                    Case No. _____
          **Lisa Marie Cheney**

_____ ,
                                                        Debtors

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**NCC Business Services, Inc.**<br>**3733 University Blvd West**<br>**Suite 300**<br>**Jacksonville, FL 32217** | | J | **2001**<br>**Collection Account** | | | | 3,085.74 |
| Account No. **xxxx xxxx xxxx 8840**<br><br>**NCO Financial**<br>**PO Box 6247 Dept 64**<br>**Virginia Beach, VA 23466** | | J | **2003**<br>**Collection Account** | | | | 1,032.00 |
| Account No. **70SYY3**<br><br>**NCO Financial Systems**<br>**507 Prudential Road**<br>**Horsham, PA 19044** | | J | **2003**<br>**Collection Account** | | | | 650.00 |
| Account No. **xx6579**<br><br>**North Shore Agency**<br>**P.O. Box 8999**<br>**Westbury, NY 11590-8999** | | J | **2003**<br>**Collection Account** | | | | 31.00 |
| Account No. **xxxxxx x9431**<br><br>**North Shore Agency**<br>**751 Summa Ave.**<br>**Westbury, NY 11590** | | J | **2003**<br>**Collection Agency** | | | | 40.00 |

Sheet no. __**4**__ of __**6**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,838.74**

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

Form B6F - Cont.
(12/03)

In re **Daryl Richard Cheney,**
     **Lisa Marie Cheney**

Case No. _____

_____,
                             Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxx8561**<br><br>**OSI Collection Services, Inc.**<br>**P.O. Box 946**<br>**Brookfield, WI 53008-0964** | | J | **2003**<br>**Collection Account** | | | | 580.00 |
| Account No.<br><br>**Platinum Recovery Solutions**<br>**POB 3708**<br>**Omaha, NE 68103** | | J | **2001**<br>**Collection Account** | | | | 1,469.19 |
| Account No. **xxx9783**<br><br>**Professional Recovery Services**<br>**P.O. Box 1880**<br>**Voorhees, NJ 08043** | | J | **2003**<br>**Collection Account** | | | | 678.00 |
| Account No. **xxxx xxxx xxxx 1065**<br><br>**Providian**<br>**P.O. Box 660433**<br>**Dallas, TX 75266-0433** | | J | **2003**<br>**Credit Card** | | | | 3,177.00 |
| Account No. **xxxx xxxx xxxx 3807**<br><br>**Providian**<br>**P.O. Box 660433**<br>**Dallas, TX 75266-0433** | | J | **2003**<br>**Credit Card** | | | | 1,385.00 |

Sheet no. **5** of **6** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     7,289.19

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

                                                            Best Case Bankruptcy

In re    **Daryl Richard Cheney,**                        Case No. _____

       **Lisa Marie Cheney**

_____,

Debtors

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Relin, Goldstein & Crane, LLP** <br>**Joseph M. Shur** <br>**1800 First Federal Plaza** <br>**Rochester, NY 14614** | | J | **2002** <br>**Collection Account** | | | | 1,832.70 |
| Account No. **xxxx xxxx xxxx 5339** <br><br>**The Home Depot** <br>**Processing Center** <br>**Des Moines, IA 50364-0500** | | J | **2003** <br>**Consumer Debt** | | | | 580.00 |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |
| Account No. <br><br> | | | | | | | |

| | | |
|---|---|---|
| Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br> (Total of this page) | 2,412.70 |
| | Total <br> (Report on Summary of Schedules) | 51,803.19 |

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re **Daryl Richard Cheney,** Case No. _____
**Lisa Marie Cheney**
_____ ,
Debtors

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.

NOTE: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate
schedule of creditors.

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|

**0** continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re  **Daryl Richard Cheney,**
       **Lisa Marie Cheney**
                                                                    Case No. _____
                                                          ,
                                                       Debtors

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. In community property states, a married debtor not filing a joint case should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six years immediately preceding the commencement of this case.

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0** continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

Form B6I
(12/03)

In re **Daryl Richard Cheney**
**Lisa Marie Cheney**        Case No. _____
Debtor(s)

# SCHEDULE I. CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by a married debtor in a chapter 12 or 13 case whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| **Married** | **Daughter** | **14** |
| | **Son** | **9** |

| EMPLOYMENT | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Senior Software Engineer** | **Housewife** |
| Name of Employer | **Inscitek Microsystems, Inc.** | **Housewife** |
| How long employed | **2 months** | |
| Address of Employer | **635 Crosskeys** **Fairport, NY 14450** | |

| INCOME: (Estimate of average monthly income) | DEBTOR | SPOUSE |
|---|---|---|
| Current monthly gross wages, salary, and commissions (pro rate if not paid monthly) | $ **6,666.67** | $ **0.00** |
| Estimated monthly overtime | $ **0.00** | $ **0.00** |
| SUBTOTAL | $ **6,666.67** | $ **0.00** |
| LESS PAYROLL DEDUCTIONS | | |
| a. Payroll taxes and social security | $ **1,169.60** | $ **0.00** |
| b. Insurance | $ **0.00** | $ **0.00** |
| c. Union dues | $ **0.00** | $ **0.00** |
| d. Other (Specify) **Flexible Spending Account** | $ **350.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| SUBTOTAL OF PAYROLL DEDUCTIONS | $ **1,519.60** | $ **0.00** |
| TOTAL NET MONTHLY TAKE HOME PAY | $ **5,147.07** | $ **0.00** |
| Regular income from operation of business or profession or farm (attach detailed statement) | $ **0.00** | $ **0.00** |
| Income from real property | $ **0.00** | $ **0.00** |
| Interest and dividends | $ **0.00** | $ **0.00** |
| Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| Social security or other government assistance (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| Pension or retirement income | $ **0.00** | $ **0.00** |
| Other monthly income (Specify) _____ | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| TOTAL MONTHLY INCOME | $ **5,147.07** | $ **0.00** |

TOTAL COMBINED MONTHLY INCOME     $ **5,147.07**     (Report also on Summary of Schedules)

Describe any increase or decrease of more than 10% in any of the above categories anticipated to occur within the year following the filing of this document:
**Unknown.**

In re   **Daryl Richard Cheney**
       **Lisa Marie Cheney**                        Case No. _____
                             Debtor(s)

# SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average monthly expenses of the debtor and the debtor's family.  Pro rate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,458.00 |
| Are real estate taxes included?      Yes **X**    No ___ | | |
| Is property insurance included?      Yes **X**    No ___ | | |
| Utilities:     Electricity and heating fuel | $ | 192.00 |
|            Water and sewer | $ | 44.50 |
|            Telephone | $ | 35.00 |
|            Other    **See Detailed Expense Attachment** | $ | 225.00 |
| Home maintenance (repairs and upkeep) | $ | 191.10 |
| Food | $ | 900.00 |
| Clothing | $ | 95.00 |
| Laundry and dry cleaning | $ | 65.00 |
| Medical and dental expenses | $ | 80.00 |
| Transportation (not including car payments) | $ | 350.00 |
| Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 75.00 |
| Charitable contributions | $ | 42.00 |
| Insurance (not deducted from wages or included in home mortgage payments) | | |
|            Homeowner's or renter's | $ | 0.00 |
|            Life | $ | 109.02 |
|            Health | $ | 0.00 |
|            Auto | $ | 116.00 |
|            Other    **See Detailed Expense Attachment** | $ | 51.69 |
| Taxes (not deducted from wages or included in home mortgage payments) | | |
|        (Specify) _____ | $ | 0.00 |
| Installment payments: (In chapter 12 and 13 cases, do not list payments to be included in the plan.) | | |
|            Auto | $ | 405.00 |
|            Other    **2nd Vehicle** | $ | 457.00 |
|            Other | $ | 0.00 |
|            Other | $ | 0.00 |
| Alimony, maintenance, and support paid to others | $ | 0.00 |
| Payments for support of additional dependents not living at your home | $ | 0.00 |
| Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| Other    **See Detailed Expense Attachment** | $ | 315.00 |
| **TOTAL MONTHLY EXPENSES** (Report also on Summary of Schedules) | $ | 5,206.31 |

[FOR CHAPTER 12 AND 13 DEBTORS ONLY]

Provide the information requested below, including whether plan payments are to be made bi-weekly, monthly, annually, or at some other regular interval.

| | | |
|---|---|---:|
| A.   Total projected monthly income | $ | N/A |
| B.   Total projected monthly expenses | $ | N/A |
| C.   Excess income (A minus B) | $ | N/A |
| D.   Total amount to be paid into plan each _____ | $ | N/A |
|                            (interval) | | |

In re   **Daryl Richard Cheney**
      **Lisa Marie Cheney**                         Case No. _____

Debtor(s)

## SCHEDULE J. CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable TV | $ | 115.00 |
| Internet | $ | 30.00 |
| Cell phones | $ | 80.00 |
| **Total Other Utility Expenditures** | $ | 225.00 |

**Other Insurance Expenditures:**

| | | |
|---|---|---|
| AFLAC cancer insurance | $ | 40.91 |
| Pet injury insurance | $ | 10.78 |
| **Total Other Insurance Expenditures** | $ | 51.69 |

**Other Expenditures:**

| | | |
|---|---|---|
| Personal care | $ | 150.00 |
| Pet care | $ | 55.00 |
| bank & postage fees | $ | 35.00 |
| Contingency | $ | 75.00 |
| **Total Other Expenditures** | $ | 315.00 |

# United States Bankruptcy Court
## Western District of New York

In re   **Daryl Richard Cheney**
      **Lisa Marie Cheney**

                Debtor(s)

Case No. _____

Chapter   **7** _____

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

         I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **22** sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **September 28, 2005** _____

Signature   **/s/ Daryl Richard Cheney** _____
               **Daryl Richard Cheney**
               Debtor

Date   **September 28, 2005** _____

Signature   **/s/ Lisa Marie Cheney** _____
               **Lisa Marie Cheney**
               Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re **Daryl Richard Cheney**
**Lisa Marie Cheney**
                                                                Case No.
                                                    Debtor(s)    Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within the six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE (if more than one) |
|---|---|
| **$89,574.00** | **2003 Gross Income** |
| **$97,022.00** | **2004 Gross Income** |
| **$46,164.00** | **2005 Gross Income (YTD)** |

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                    SOURCE

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

**3. Payments to creditors**

None ☐ a. List all payments on loans, installment purchases of goods or services, and other debts, aggregating more than $600 to any creditor, made within **90 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **ESL Credit Union**<br>**100 King's Highway South**<br>**Rochester, NY 14617** | **Last 90 days** | **$1,215.00** | **$14,486.00** |
| **ESL Credit Union**<br>**100 King's Highway South**<br>**Rochester, NY 14617** | **Last 90 days** | **$1,371.00** | **$17,168.00** |
| **Chase Manhattan Mortgage Corp.**<br>**200 Old Wilson Bridge Rd.**<br>**Columbus, OH 43085** | **Last 90 days** | **$4,374.00** | **$129,000.00** |

None ■ b. List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Capital One Bank v. Cheney**<br>**2005-CV-15905** | **Suit to Collect Debt** | **Rochester City Court** | **Pending** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Price Law Group, APC<br>225 West 34th Street<br>Suite 403<br>New York, NY 10211** | **2005** | **$850 plus filing fee** |
| **Clarion Credit Management<br>PO Box 40<br>Columbia, MD 21045** | **September 2003 to September 2004** | **$615 per month** |

**10. Other transfers**

None ■ List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

**11. Closed financial accounts**

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |
| **John Hancock** | **401(k)** | **$1280 balance at time of closing in May 2005. Proceeds were used to pay daily living expenses.** |

**12. Safe deposit boxes**

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None ■ If the debtor has moved within the **two years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the **six-year period** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partnership, sole proprietorship, or was a self-employed professional within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

| NAME | TAXPAYER I.D. NO. (EIN) | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS


The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within the **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or otherwise self-employed.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within the six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ■ a. List all bookkeepers and accountants who within the **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                        DATES SERVICES RENDERED

None ■ b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                   DATES SERVICES RENDERED

None ■ c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                        ADDRESS

None ■ d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued within the **two years** immediately preceding the commencement of this case by the debtor.

NAME AND ADDRESS                                        DATE ISSUED

### 20. Inventories

None ■ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                    NATURE OF INTEREST              PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within the **six-year period** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER |
|---|---|

# DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date **September 28, 2005**   Signature **/s/ Daryl Richard Cheney**
**Daryl Richard Cheney**
Debtor

Date **September 28, 2005**   Signature **/s/ Lisa Marie Cheney**
**Lisa Marie Cheney**
Joint Debtor

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571

# United States Bankruptcy Court
## Western District of New York

In re   **Daryl Richard Cheney**
    **Lisa Marie Cheney**

Debtor(s)

Case No. _____

Chapter   **7** _____

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

1. I have filed a schedule of assets and liabilities which includes consumer debts secured by property of the estate.

2. I intend to do the following with respect to the property of the estate which secures those consumer debts:

    *a. Property to Be Surrendered.*

| Description of Property | Creditor's name |
|---|---|
| -NONE- | |

    *b. Property to Be Retained*       *[Check any applicable statement.]*

| | Description of Property | Creditor's Name | Property is claimed as exempt | Property will be redeemed pursuant to 11 U.S.C. § 722 | Debt will be reaffirmed pursuant to 11 U.S.C. § 524(c) |
|---|---|---|---|---|---|
| 1. | **Primary residence is located at: 61 Limerick Lane Rochester, NY 14606**<br><br>**House was purchased in 2001 for $138,000. Valuation is based on a recent market analysis and comparables from a realtor. Both debtor and co-debtor are on the deed** | **Chase Manhattan Mortgage Corp.** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 2. | **2003 Kia Sedona with approximately 25,650 miles. Fully encumbered. To be retained. Good condition. Kelly Blue Book Private Party Value. Vehicle is titled in debtor's name only.** | **ESL Federal Credit Union** | **Debtor will retain collateral and continue to make regular payments.** | | |
| 3. | **2002 Subaru Forester with approximately 24,500 miles. Encumbered. To be retained. Good condition. Kelly Blue Book Private Party Value. Vehicle is titled in debtor's name only.** | **ESL Federal Credit Union** | **Debtor will retain collateral and continue to make regular payments.** | | |

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

Official Form 8
(12/03)

In re   **Daryl Richard Cheney**
  **Lisa Marie Cheney**                                 Case No.
                                                Debtor(s)

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

Date   **September 28, 2005**                     Signature   **/s/ Daryl Richard Cheney**
                                                        **Daryl Richard Cheney**
                                                          Debtor

Date   **September 28, 2005**                     Signature   **/s/ Lisa Marie Cheney**
                                                        **Lisa Marie Cheney**
                                                          Joint Debtor

Software Copyright (c) 1996-2003 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

In re    **Daryl Richard Cheney**
      **Lisa Marie Cheney**

Case No.

Debtor(s)     Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept ................................................................. $      **850.00**

    Prior to the filing of this statement I have received ................................................. $      **850.00**

    Balance Due ............................................................................................................. $      **0.00**

2. $ **209.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

    ■ Debtor      ☐ Other (specify):

4. The source of compensation to be paid to me is:

    ■ Debtor      ☐ Other (specify):

5. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ■ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached. **PLG may use a local counsel at the 341(a) meeting. Approximately $50-$200 is paid for such appearances. This will result in no additional cost to the Debtor.**

6. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a. [Other provisions as needed]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 28, 2005**

                **/s/ Steven A. Alpert NY**
                **Steven A. Alpert NY SA3150**
                **Price Law Group, APC**
                **225 West 34th Street, Suite 300**
                **New York, NY 10122**
                **(212)279-0066   Fax: (212)279-0177**

---

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

# United States Bankruptcy Court
## Western District of New York

In re **Daryl Richard Cheney
Lisa Marie Cheney**

Debtor(s)

Case No.

Chapter **7**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: **September 28, 2005**

**/s/ Daryl Richard Cheney**
**Daryl Richard Cheney**
Signature of Debtor

Date: **September 28, 2005**

**/s/ Lisa Marie Cheney**
**Lisa Marie Cheney**
Signature of Debtor

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

Accounts Receivable Management
P.O. Box 637
Bellmawr, NJ 08099-0637


Alliance One
1160 Centre Pointe Dr
Suite 1
Saint Paul, MN 55120


Bronson & Migliaccion, LLP
Attorneys at Law
415 Lawrence Bell Drive
Buffalo, NY 14221


Capital One
PO Box 85015
Richmond, VA 23225-5015


Chase Manhattan
Auto,Bky & Probate Depart
900 Stewart Avenue
Garden City, NY 11530


Chase Manhattan Mortgage Corp.
200 Old Wilson Bridge Rd.
Worthington, OH 43085


Citi Financial
1200 Ulster Ave., Suite 3
P.O. Box 6237
Kingston, NY 12402-6237


Devcon
2500 N. Tamiami Trail
Suite 212
Naples, FL 34103


Direct Rewards
P.O. Box 21550
Tulsa, OK 74121-1550


Emerge Mastercard
P. O. Box 105655
Atlanta, GA 30348

Encore Receivable Management Inc.
P.O. Box 3330
Olathe, KS 66063-3330


ESL Federal Credit Union
100 Kings Highway
Rochester, NY 14617


Fashion Bug
745 Center Street
Milford, OH 45150


First Consumers National Bank
9310 Southwest Gemini Drive
Beaverton, OR 97078-0001


Fleet Credit Card Services
Attn: Bankruptcy Department
P.O. Box 961
Horsham, PA 19044-9908


Household Credit Services
P.O. Box 17051
Baltimore, MD 21297-1051


JC Penney
PO Box 981131
El Paso, TX 79998


Jefferson Capital Systems LLC
16 McLeland Road
Saint Cloud, MN 56303


Monroe Ambulance
318 Smith St.
Rochester, NY 14608


NCC Business Services, Inc.
3733 University Blvd West
Suite 300
Jacksonville, FL 32217


NCO Financial
PO Box 6247 Dept 64
Virginia Beach, VA 23466

NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


North Shore Agency
P.O. Box 8999
Westbury, NY 11590-8999


North Shore Agency
751 Summa Ave.
Westbury, NY 11590


OSI Collection Services, Inc.
P.O. Box 946
Brookfield, WI 53008-0964


Platinum Recovery Solutions
POB 3708
Omaha, NE 68103


Professional Recovery Services
P.O. Box 1880
Voorhees, NJ 08043


Providian
P.O. Box 660433
Dallas, TX 75266-0433


Relin Goldstein & Crane
1800 First Federal Plaza
Rochester, NY 14614


Relin, Goldstein & Crane, LLP
Joseph M. Shur
1800 First Federal Plaza
Rochester, NY 14614


Rochester City Court
Case No 2005 CV-15905
6 Hall of Justice
99 Exchange Boulevard
Rochester, NY 14614-2199

The Home Depot
Processing Center
Des Moines, IA 50364-0500